**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**GABRIEL GONZALEZ**                                                                                   **PETITIONER**
*Reg. #30515-112*

**V.**                             **CASE NO. 2:20-CV-00083-BSM-JTK**

**DEWAYNE HENDRIX,**
*Warden, Forrest City FCI*                                                                               **RESPONDENT**

## ORDER

Before the Court is Petitioner Gabriel Gonzalez's Motion to Supplement his Reply to Respondent's objections. *Doc.* 30. Gonzalez seeks to include emails and grievances he sent to prison staff regarding the correction of his medical records. The Court grants Gonzalez's motion (*Doc.* 30). However, the Court notes Gonzalez has already supplemented his Reply to Respondent's objections twice. (*Docs.* 24 & 28). In its order seeking supplement briefing from Respondent, the Court stated it would give Gonzalez one opportunity to reply after that briefing is filed. *Doc.* 29 at 3. Gonzalez should refrain from filing any more supplements until Respondent's briefing is filed, at which point he can submit any remaining documentation or briefing as a single response.

IT IS SO ORDERED this 9th day of February, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE