Case: 2:20-cv-00083-BSM-JTK

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 22 2021

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

GABRIEL GONZALEZ REG#30515-112
FORREST CITY LOW
FEDERAL CORRECTIONAL INSTITUTION
INMATE MAIL / PARCELS
POST OFFICE BOX 9000
FORREST CITY AR 72336-9000

------------------------------------------------------------

STATES DISTRICT COURT
RD ARNOLD UNITED STATES COURTHOUSE
CLERK'S OFFICE
0 WEST CAPITOL AVENUE
SUITE A-149
ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

400   5E 1          0202/15/21
   RETURN TO SENDER
 DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
2201332999   2047N046152-00222

01/26/2021
US POSTAGE
$01.40
ZIP 72201
041L11246479