# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GABRIEL GONZALEZ**  PETITIONER
*Reg. # 30515-112*

v.   CASE NO. 2:20-CV-00083-BSM

**JOHN P. YATES,**
Warden, Forrest City FCC   RESPONDENT

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 47] are adopted. Gabriel Gonzalez's petition [Doc. No. 1] is dismissed with prejudice and a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 22nd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE