# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 07, 2022

Ms. Tammy H. Downs
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

    RE:  21-2868  Gabriel Gonzalez v. John Yates

Dear Clerk:

    Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                                Michael E. Gans
                                Clerk of Court

BNW

Enclosure(s)

    District Court/Agency Case Number(s):  2:20-cv-00083-BSM

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 5, 2022

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

    Re:  Gabriel Gonzalez
        v. John P. Yates, Warden
        No. 21-7547
        (Your No. 21-2868)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on March 14, 2022 and placed on the docket April 5, 2022 as No. 21-7547.

        Sincerely,

        **Scott S. Harris**, Clerk

        by

        Clayton Higgins
        Case Analyst

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, April 7, 2022 10:05 AM |
| **Subject:** | 21-2868 Gabriel Gonzalez v. John Yates "Supreme Court notice of cert filed" (2:20-cv-00083-BSM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 04/07/2022 at 10:04:15 AM Central Daylight Time and filed on 04/05/2022

| | |
|---|---|
| **Case Name:** | Gabriel Gonzalez v. John Yates |
| **Case Number:** | 21-2868 |
| **Document(s):** | Document(s) |

**Docket Text:**
U.S. Supreme Court Notice of cert filed in the Supreme Court on 03/14/2022, case No. 21-7547. [5145044] [21-2868] (Britny Williams)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Supreme Court Notice Filed
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_212868_5145044_SupremeCourtNoticeFiled_255.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/05/2022] [FileNumber=5145044-1]
[8a3a6a7dcd1afd0940f96b9e143088ed28fa9a913c3196f7fd3d22d4643a2f38b62817629326fe9294699513f2a765e6656e8ae8797d4eb8ddc8914a4b8e7893]]
**Recipients:**

- Ms. Tammy H. Downs, Clerk of Court

**Document Description:** SC Cert Notice
**Original Filename:** 21-2868.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=04/05/2022] [FileNumber=5145044-0]
[a5b9c217c6e670707f2397680e4e74448efcad1c31b0e250a0a891308b3b3f4e0b63ffd13aff26e652d4ef9186fb6a40c0595ce7a4ab4409b0a289ceb31651c6]]

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5145044
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6996884, 6996885