# United States Court of Appeals
## *For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:** Ms. Tammy H. Downs

**FROM:** Michael E. Gans, Clerk of Court

**DATE:** May 04, 2022

**RE:** 21-2868  Gabriel Gonzalez v. John Yates

District Court/Agency Case Number(s):   2:20-cv-00083-BSM

___

    Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

BNW

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 2, 2022

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

Re: Gabriel Gonzalez
v. John P. Yates, Warden
No. 21-7547
(Your No. 21-2868)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

**From:** ca08ml_cmecf_Notify@ca8.uscourts.gov
**Subject:** 21-2868 Gabriel Gonzalez v. John Yates "Supreme Court Order" (2:20-cv-00083-BSM)
**Date:** Wednesday, May 4, 2022 2:33:25 PM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 05/04/2022 at 2:31:06 PM Central Daylight Time and filed on 05/02/2022

**Case Name:** Gabriel Gonzalez v. John Yates
**Case Number:** 21-2868
**Document(s):** Document(s)

**Docket Text:**
SUPREME COURT order filed denying cert petition. Order filed on 05/02/2022 in case No.21-7547. [5154195] [21-2868] (Britny Williams)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** DC Memo Cert Denied
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_212868_5154195_DCMemoCertDenied_363.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=05/02/2022] [FileNumber=5154195-1]
[88361f5cd651ae25531c9f4d5f4a1635238c5b7efbbf420fd6514aa453755b53c9826449382fd21b33145ede352d8e4a085506d21a0e605a1fee4e715a5886f6]]
**Recipients:**

- Ms. Tammy H. Downs, Clerk of Court

**Document Description:** SC Order
**Original Filename:** 21-2868.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=05/02/2022] [FileNumber=5154195-0]
[4c8d86a5ba3ec96427bdd37928283df406c7d3068dd6e57f0e17b150ce6a2c2ca1a01bc440f5fd99d28c5d422d66e4412098f83ee7b63a8e2c5e4fe15773b3c7]]


The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5154195
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7018792, 7018793